UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIYAN CORPORATAION,<br><br>Plaintiff,<br><br>v.<br><br>PHOTONIC TECHNOLOGIES CO. LTD.,<br><br>Defendant. | Case No.  26-cv-05629-SVK<br><br>**ORDER TO SHOW CAUSE RE PHOTONIC TECHNOLOGIES CO. LTD'S CLAIMS  IN TWO ADDITIONAL ACTIONS** |
| PHOTONIC TECHNOLOGIES CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ELIYAN CORPORATAION,<br><br>Defendant. | Case Nos.  26-cv-05956-SVK<br>               26- cv-06389-SVK |

Before the Court are three cases:

- 5:26-cv-05629-SVK, filed on June 10, 2026 by Eliyan Corporation ("Eliyan") against PhotonIC Technologies Co. Ltd. ("PhotonIC");

- 5:26-cv-05956-SVK, filed on June 17, 2026 by PhotonIC against Eliyan but filed under seal;  and

- 5:26-cv-06389-SVK, filed on June 25, 2026 by PhotonIC against Eliyan with a sealed complaint and a public, redacted copy thereof.

Upon this Court's review of the three actions, it appears that (1) the sealed complaint in case no. 26-cv-06389-SVK was filed in a new case erroneously;  it should have been filed in case no. 26-cv-05956-SVK per the Court's order at Dkt. 5, (*see* No. 26-cv-05956-SVK, Dkt. 5);  and (2) PhotonIC's claims in its two actions against Eliyan arise out of the same transaction or occurrence as Eliyan's claims against PhotonIC.  Specifically, all claims appear to arise out of a

United States District Court
Northern District of California

course of events stemming from the August, 2025 Memorandum of Understanding ("MOU") and subsequent December, 2025 Development Agreement. *Compare* no. 26-cv-05629-SVK, Dkt. 1 ¶¶ 1, 18, 23 *with* no. 26-cv-06389-SVK, Dkt. 1 ¶¶ 1-2.[1]

Although it appears likely that all of the claims and defenses asserted in these three actions should be in a single case, the Court will hear from the Parties on the matter. Accordingly, **no later than July 17, 2026**, each of Eliyan and PhotonIC **shall file a statement, not to exceed 3 pages each**, addressing:

(1) whether the claims brought by PhotonIC in the latter two actions (26-cv-05956-SVK and 26-cv-06389-SVK) are compulsory counterclaims that should be brought in Eliyan's action (26-cv-05629-SVK) pursuant to Fed. R. Civ. P. 13(a); and

(2) if so, whether the Party objects to this Court consolidating the actions, administratively closing PhotonIC's latter two actions and permitting PhotonIC to file its counterclaims (along with an administrative motion to file under seal) in Eliyan's action.

**SO ORDERED.**

Dated: July 7, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] *See also* no. 26-cv-06389-SVK, Dkt. 5 (PhotonIC has filed a notice of related cases, arguing that "[s]ince the two actions involve same parties and events, it would be less efficient for the cases to be conducted before different judges. … In view of the foregoing, [PhotonIC] respectfully requests that the Court issue a minute order relating this case to the lowest number case, *Eliyan Corporation v. Photonic Technologies Co., Ltd.*, Case No. 5:26-cv-05629-SVK."); *but see id.* (noting that PhotonIC "does not at this time seek consolidation of the actions and respectfully submits that any issue of consolidation can be addressed separately for later determination by the assigned court cases to be conducted before different judges.").

United States District Court
Northern District of California

2